# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| VIRGIN VALLEY WATER DISTRICT,<br><br>                    Plaintiff,<br><br>vs.<br><br>VANGUARD PIPING SYSTEMS, *et al.,*<br><br>                    Defendants. | Case No. 2:09-cv-00309-LRH-PAL<br><br>**ORDER**<br><br>(Mot. Ext. Jt. PTO - Dkt. #180) |

Before the court is Plaintiff's Motion to Extend the Scheduling Order Deadline to File the Joint Pretrial Order and/or for Clarification of the Deadline (Dkt. #180) filed April 5, 2011. The court has reviewed the motion and conferred with the district judge.

**IT IS ORDERED** that:

1. The Motion to Extend the Scheduling Order Deadline to File the Joint Pretrial Order and/or for Clarification of the Deadline (Dkt. #180) is **GRANTED**.
2. The parties shall have until **May 16, 2011** in which to file the Joint Pretrial Order whether or not a decision has been entered in the pending motion to reconsider (Dkt # 175).

Dated this 14th day of April, 2011.

_____
Peggy A. Leen
United States Magistrate Judge