```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

        JUN 07 2011

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VIRGIN VALLEY WATER DISTRICT, a political subdivision of the State of Nevada,  )<br>)<br>) | CASE NO. 2:09-cv-309-LRH(PAL) |
| Plaintiff,  )<br>) | ORDER |
| vs.  )<br>) | |
| VANGUARD PIPING SYSTEMS, (CANADA), INC., a Canadian corporation; VANGUARD PIPE & FITTINGS, LTD., a Canadian corporation; VG PIPE LLC, a Delaware corporation; C-B SUPPLIES, LTD., CANADA, a foreign corporation; VIEGA LLC, a Delaware corporation; and VIEGA NA, INC., a Delaware corporation,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendant.  )<br>) | |

This case is currently scheduled for trial on the stacked calendar of March 27, 2012.

IT IS ORDERED that this case is referred to The Honorable Peggy A. Leen for the purpose of conducting a settlement conference.

DATED this 7** day of June, 2011.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE